IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN-PRO FRANCHISING
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                                       Civil No. 20-CV-00597-KG/JHR

JAN-PRO OF NEW MEXICO, INC.,
ROBERT GUIDO, and SOPHIA GUIDO,

    Defendants.

## CONSENT INJUNCTION

This matter came on before the Court pursuant to the parties' Stipulation for Entry of Consent Injunction. The Court, having reviewed various pleadings filed by both parties, is fully advised in the premises and hereby Orders that:

    1.    For one year from the date of the entry of this Order, Defendant Jan-Pro of New Mexico, its officers, and employees are prohibited from directly or indirectly, owning, maintaining, operating, any business that directly or through third parties (including through franchising or other independent contractor relationships) performs commercial, industrial or institutional cleaning and/or maintenance services, including, without limitation selling or distributing cleaning supplies or equipment within Bernalillo, Sandoval, Santa Fe, Torrance, or Valencia County, New Mexico.

    2.    Defendants Robert and Sophia Guido, are enjoined from soliciting or conductingany cleaning business with any of their former Jan Pro® unit franchisees or with customers for whom any of the Jan Pro® unit franchisees provided cleaning services while operating as Jan-Pro of New Mexico, Inc.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE